AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
Eastern Division

Kimberly Lynch            **JUDGMENT IN A CIVIL CASE**

v.            Case Number: 10 C 5707

Village of Hawthorn Woods, et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion for summary judgment is granted on all counts is granted.

Thomas G. Bruton, Clerk of Court

Date: 1/31/2013            _____
           /s/ Wanda A. Parker, Deputy Clerk